# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**SONIA IVETTE RAMOS GONZALEZ**         **Case No.  18-06277-BKT**

                                        **Chapter 13**     **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [X] Appearing: Roberto Figueroa Carrasquillo, Esq. | | | |

**Date & Time:**   12/4/2018  8:13:00AM

[X] R     [ ] NR     LV:  to be determined

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

None

**II. Oath Administered**
  [X] Yes        [ ] No

**III. Plan**

Date:  10/30/2018     Base:   $15,000.00    Payments 1 made out of 1 due.

Confirmation Hearing Date:   1/11/2019  2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

  $3,000.00  -  $107.00  =  $2,893.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

SONIA IVETTE RAMOS GONZALEZ        Case No.   18-06277-BKT

                                   Chapter 13        Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[X] Insufficiently funded<br><br>[ ] Unfair discrimination<br><br>[ ] Fails disposable income<br><br>[ ] Fails liquidation value test<br><br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br><br>   [ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

SONIA IVETTE RAMOS GONZALEZ

Case No. 18-06277-BKT

Chapter 13      Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO*

---

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**INSUFFICIENT FUNDED, §1325 (b):**

-Plan is insufficiently funded to pay secured creditors.

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):**

- Debtor will amend Schedule A/B to disclose 1999 Ford Winstar with zero value. More than 4 yrs ago was transferred by debtors, in no working conditions. She transferred it to be sold in pieces. She is disclosing it in Schedule A/B since in DTOP she appears as the owner.

**OTHER:**

-Plan will provide in Part 8 that she will not devote tax refunds into the plan, since amount received ranges from $180-$557 and she need the funds to supplement her tight budget.

-Debtor is asked to review plan part 4.6 which discloses maturity date for Reliable's collateral as 10/2020, however per insurance quote and proof of claim filed by Reliable mat. Date is 4/2020. Also, plan discloses monthly insurance premium for $45, meanwhile quote states $51.

-Missing evidence of income: last pay stub for October as part of the 60 days prior to filing. Debtor clarified "Tu Nuticentro" is the same as PVF Distributors.

The following party(ies) object(s) confirmation:

s/Miriam Salwen                                                                              Date:    12/04/2018

Trustee/Presiding Officer                                                                              (Rev. 05/13)